IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | CRIMINAL NO. 4:24-CR-63-SDJ-AGD-1 |
| **JERROD ALEXANDER SMITH (1)** | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 15, 2024, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #17) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, with twelve (12) months of supervised release to follow under the previous conditions of supervised release. The Magistrate Judge further recommended that Defendant be placed at FCI Texarkana in Texarkana, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge (Dkt. #17) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #15), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly,

Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, with twelve (12) months of supervised release to follow under the previous conditions of supervised release. The Court recommends that Defendant be placed at FCI Texarkana in Texarkana, Texas, if appropriate.

    **So ORDERED and SIGNED this 4th day of November, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE